## TOSHIBA CORPORATION,
Plaintiff–Appellant,

v.

IMATION CORP., Moser Baer India Ltd., Glyphics Media, Inc., CMC Magnetics Corp., Hotan Corp., Khypermedia Corp., Ritek Corp., and Advanced Media, Inc., Defendants–Appellees.

Toshiba Corporation, Plaintiff–Appellee,

v.

Imation Corp., Moser Baer India Ltd., Glyphics Media, Inc., CMC Magnetics Corp., Hotan Corp., Khypermedia Corp., Ritek Corp., and Advanced Media, Inc., Defendants–Appellants.

Nos. 2011–1204, 2011–1222.

United States Court of Appeals, Federal Circuit.

March 14, 2011.

## ON MOTION

## ORDER

Imation Corp., Moser Baer India Ltd., Glyphics Media, Inc., CMC Magnetics Corporation, Hotan Corporation, Khypermedia Corporation, Ritek Corporation and Advanced Media, Inc., move to dismiss their cross appeal.

Upon consideration thereof,

It Is Ordered That:

(1) The motion to dismiss 2011–1222 is granted. Each side shall bear its own costs in 2011–1222.

(2) The revised official caption for 2011–1204 is reflected above.